DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DERYLS B. FERNANDEZ and
J&D FINANCIAL SOLUTIONS, LLC,

Appellants,

v.

LUIS MORALES and DAIMY NIETO,

Appellees.

No. 2D22-3778
_____

December 1, 2023

Appeal from the Circuit Court for Hillsborough County; Emmett Lamar Battles, Judge.

Richard T. Fuerst and Brian P. Battaglia of Bleakley Bavol Denman & Grace, Tampa, for Appellants.

Felix G. Montanez of The Law office of Felix G. Montanez, P.A., Tampa, for Appellees.


PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and SILBERMAN, JJ., Concur.

_____

Opinion subject to revision prior to official publication.